UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61963-CIV-DAMIAN/Valle

**HEATHER MCMANUS**,

    Plaintiff,
v.

**MARTIN O'MALLEY**,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING PLAINTIFF'S CONSENT MOTION FOR ATTORNEY'S FEES**

**THIS CAUSE** is before the Court upon the Report and Recommendation ("R&R") of the Honorable Alicia O. Valle, United States Magistrate Judge, [ECF No. 26] regarding Plaintiff, Heather McManus's ("Plaintiff"), Consent Motion for Attorney's Fees Under the Equal Access to Justice Act [ECF No. 25] ("Motion"), filed June 25, 2024. In her R&R, Magistrate Judge Valle recommends that Plaintiff's Motion be granted and that the Court award $4,709.74 in attorney's fees, which should be made payable to Plaintiff's counsel after the U.S. Department of the Treasury determines whether Plaintiff owes a federal debt. The parties have not filed objections to the R&R, and the time to do so has passed.

THE COURT has reviewed the R&R, the Motion, and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS** and **ADOPTS** Judge Valle's R&R [ECF No. 25]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Consent Motion for Attorney's Fees Under the Equal Access to Justice Act [ECF No. 25] is **GRANTED**. Plaintiff is awarded **$4,709.74** in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), which shall be payable to Plaintiff's counsel, David B. Goetz, Esq., subject to offset against any pre-existing debt Plaintiff may owe to the United States.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of July, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record